| | |
|---|---|
| THE ISRAEL LIVING TRUST, JACK ISRAEL and MARCIA ISRAEL TRUSTEES, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  -against-<br><br>CHS ELECTRONICS INC., CLAUDIO OSORIO and CRAIG S. TOLL,<br><br>    Defendants. | Case No. 99-945-CIV GOLD<br><br>U.S. Magistrate Judge Simonton |
| ANGELIQUE MORENO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  - against -<br><br>CHS ELECTRONICS INC., CLAUDIO OSORIO, and CRAIG S. TOLL,<br><br>    Defendants. | ~~Case No. 99-988~~-CIV-GOLD<br><br>U.S. Magistrate Judge Simonton |
| BEN T. COHEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  - against –<br><br>CHS ELECTRONICS INC. and CLAUDIO OSORIO,<br><br>    Defendants. | Case No.99-1087-CIV-SEITZ<br><br>U.S. Magistrate Judge Garber |
| ROBERT RUSSELL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CHS ELECTRONICS, INC., CLAUDIO OSORIO and CRAIG S. TOLL,<br><br>    Defendants. | Case No. 99-1182-CIV-MOORE<br><br>U.S. Magistrate Judge O'Sullivan |



## PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Plaintiffs in the above captioned actions submit this response to the Court's Order To Show Cause dated April 27, 1999 as to why these cases should not be consolidated and not proceed as a single class action. In the interests of judicial economy, plaintiffs have no objection to the consolidation of these actions and anticipate that once the motion for lead plaintiff is filed on May 11, 1999 and is decided by this court, a consolidated amended complaint will be filed.

DATED: May 7, 1999

GOODKIND LABATON RUDOFF
& SUCHAROW LLP

By: *[signature]*
Emily C. Komlossy
Fla. Bar No. 007714
Peter H. Rachman
Fla. Bar. No. 977756
2455 E. Sunrise Boulevard, Suite 813
Ft. Lauderdale, Florida 33304
(954) 630-1000
(954) 565-1312 fax

SCHOENGOLD & SPORN, P.C.
Samuel P. Sporn
Joel P. Laitman
Jay P. Saltzman
233 Broadway
New York, NY 10279
(212) 964-0046
(212) 267-8137 fax

ENTWISTLE & CAPPUCCI LLP
Vincent Cappucci
400 Park Avenue
New York, NY 10022
(212) 894-7200
(212) 894-7272 fax

LAW OFFICES OF CURTIS V. TRINKO, LLP
Curtis V. Trinko
Timothy J. MacFall
16 West 46th Street, 7th Fl.
New York, New York 10036
(212) 490-9550

3

(212) 986-0158

**ABBEY, GARDY & SQUITIERI, LLP**
Mark Gardy
212 East 39th Street
New York, New York 10016
(212) 889-3700
(212) 684-5191 fax

**ZWERLING, SCHACHTER & ZWERLING, LLP**
Robert S. Schachter
Richard A. Speirs
Paul C. Whalen
767 Third Avenue
New York, New York 10017
(212) 223-3900
(212) 371-5969 fax

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Neil L. Zola
Adam R. Gonnelli
270 Madison Avenue
New York, New York
(212) 545-4600
(212) 545-4653 fax

**LAW OFFICE OF EDELSTEIN & FAEGENBURG**
Paul Edelstein
26 Court Street, Suite 1503
Brooklyn, NY 11201
(718) 625-3500
(718) 237-4766 fax

**HAROLD B. OBSTFELD, P.C.**
260 Madison Avenue
New York, New York 10016
(212) 696-1212
(212) 679-8998 fax

**BEATIE and OSBORN**
599 Lexington Avenue
New York, New York 10022
(212) 888-9000
(212) 888-9664 fax

4

LAW OFFICE OF
   WALLACE A. SHOWMAN, P.C.
Wallace A. Showman
1995 Broadway, Suite 1201
New York, NY 10023
(212) 579-9255
(212) 579-9256 fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Plaintiffs' Response to the Court's Order to Show Cause was served by U.S. Mail on May 7, 1999 upon Richard Garrett, GREENBERG TRAURIG, P.A., 1221 Brickell Avenue, Miami, Florida 33131.

By: _____
Emily C. Komlossy
Fla. Bar. No. 007714

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ARNOLD NELSON MAHLER AND ROBERTA JO MAHLER FAMILY TRUST, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHS ELECTRONICS, INC., CLAUDIO OSORIO and CRAIG S. TOLL,<br><br>Defendants. | Case No. 99-781-CIV-GOLD<br><br>U.S. Magistrate Judge Simonton |
| EDWARD MEISEL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHS ELECTRONICS, INC., CLAUDIO OSORIO and CRAIG S. TOLL,<br><br>Defendants. | Case No. 99-858-CIV GOLD<br><br>U.S. Magistrate Judge Simonton |
| GARY MALIN and WEALTHBUILDING PARTNERS, L.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CHS ELECTRONICS INC., CLAUDIO OSORIO, ANTONIO BOCCALANDRO and CRAIG S. TOLL,<br><br>Defendants. | Case No. 99-944-CIV GOLD<br><br>U.S. Magistrate Judge Simonton |