UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

99-788-CIV- Gold ✓

JIM A. DARBY, on behalf of himself ) Case No. 99-8186-CIV-GOLD
and all others similarly situated, ) U.S. Magistrate Judge Simonton
)
Plaintiff, )
)
v. )
)
CHS ELECTRONICS, INC., CLAUDIO )
OSORI° and CRAIG S. TOLL, )
)
Defendants. )
)



FILED by _____ D.C.
JUL 3 0 1999
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ADMINISTRATIVE ORDER CLOSING CASES

By order of this Court on June 22, 1999, **[DE 22]**, the Court consolidated the following lower-numbered cases into case 99-8186-CIV-GOLD, and directed that all future pleadings shall be filed in case number 99-8186-CIV-GOLD, the lowest-numbered case. Accordingly, the Court hereby directs the docketing clerk to close the following case numbers as listed: 99-8205-CIV-GOLD;99-0781-CIV-GOLD;99-0783-CIV-GOLD;99-0788-CIV-GOLD;99-0804-CIV-GOLD;99-0805-CIV-GOLD;99-0825-CIV-GOLD;99-0839-CIV-GOLD;99-8236-CIV-GOLD;99-0837-CIV-GOLD;99-0877-CIV-GOLD;99-0884-CIV-GOLD;99-0887-CIV-GOLD;99-0858-CIV-GOLD;99-0913-CIV-GOLD;99-8247-CIV-GOLD;99-0941-CIV-GOLD;99-0944-CIV-GOLD;99-0945-CIV-GOLD;99-8252-CIV-GOLD;99-8253-CIV-GOLD-99-0976-CIV-GOLD;99-1003-CIV-GOLD;99-1011-CIV-GOLD;99-8278-CIV-GOLD;99-1063-CIV-GOLD;99-1074-CIV-GOLD;99-0945-CIV-GOLD;99-1087-CIV-GOLD;99-1103-CIV-GOLD;99-1182-CIV-GOLD;99-1205-CIV-GOLD;99-1244-CIV-GOLD;99-8344-CIV-GOLD;99-6578-CIV-GOLD.

17 ✓

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of July 1999.

**ALAN S. GOLD**
**U.S. DISTRICT COURT JUDGE**

copies furnished to:
*U.S. Magistrate Judge Andrea Simonton*
Michael J. Pucillo of Burt & Pucillo, LLP, Northbridge Centre, Suite 1701, 515 North Flagler Drive, West Palm Beach, Florida 33401 (Fax No.: 561-835-0322) and Co-Lead Counsel: Kenneth J. Vianale of Milberg Weiss Bershad Hynes & Lerach LLP, 5355 Town Center Road, Suite 900, Boca Raton, Florida 33486 (Fax No.: 561-367-8400); Glen DeValerio of Berman, DeValerio & Pease, LLP, One Liberty Square, Boston, Massachusetts 02109 (Fax No.: 617-542-1194); and Daniel L. Berger of Bernstein, Litowitz, Berger & Grossmann LLP, 1285 Avenue of the Americas, 33rd Floor, New York, New York 10019 (Fax No.: 212-554-1444)